UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
IN RE                                                                          Chapter 11

    AVON PLACE LLC,                                          Case No. 25-41368 (JMM)

                      Debtor.
----------------------------------------------------------x
AVON PLACE LLC,

                Plaintiff,
    v.                                                                    Adv. Proc. 25-01062-JMM

44 AVONWOOD ROAD CREDIT LLC,

                Defendant.                                      **ORDER**
----------------------------------------------------------x

        THIS MATTER having been open to the Court by Backenroth Frankel & Krinsky, LLP, attorneys for the debtor, Avon Place LLC (the "*Debtor*"), upon notice of motion for the entry of an Order scheduling a hearing on short notice [ECF No. 5] (the "*Motion*") on the Debtor's application seeking a temporary restraining order and preliminary injunction against 44 Avonwood Road Credit LLC ("*Avonwood Credit*") to prohibit Avonwood Credit from continuing to prosecute a Connecticut state court guaranty action against the Debtor's beneficial owner member, Ahron Rudich, or, alternatively, to extend the automatic stay to Mr. Rudich pursuant to 11 U.S.C. §§ 105(a) and 362 [ECF No. 2] ("the *Application*"); and the Court having issued an Order dated June 10, 2025 scheduling a hearing on the Motion at 2:30 pm on June 16, 2025, not providing for any deadline for Avonwood Credit to respond to the Motion but instead allowing its response to be interposed at such hearing; and the Court having read and considered the papers filed in support of the Motion and Avonwood Credit's arguments in opposition to the Motion; and the Court having conducted a hearing to consider the parties' arguments on June 16, 2025 on the matter; and for good cause shown:

**IT IS HEREBY:**

**ORDERED** that the Debtor's application for a temporary restraining order and preliminary injunction is hereby and shall be granted to the extent set forth in this Order; and it is further

**ORDERED** that the action proceeding in the Connecticut Superior Court at the Judicial District of Hartford under the caption *44 Avonwood Road Credit LLC v. Avon Place LLC, et al.*, Docket No. HHD-CV25-6199961-S (the "*Guaranty Action*") shall be ~~partially~~ stayed as to Ahron Rudich ~~to the extent of staying the prosecution of Avonwood Credit's motion for summary judgment and motion for pre-judgment attachment~~; and it is further **(JMM)**

**ORDERED** that the Guaranty Action shall be stayed to such extent as against Mr. Rudich **through and including** ~~until at least~~ August 18, 2025, without prejudice to the Debtor's right to seek to extend the stay, and to Avonwood Credit's right to oppose any such extension. **(JMM)**



Dated: July 13, 2025
    Brooklyn, New York

_____
Jil Mazer-Marino
United States Bankruptcy Judge